**08 C 330**

# EXHIBIT A

**JUDGE KENDALL
MAGISTRATE JUDGE MASON**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| KENNETH C. FLETCHER, SR. | ) |
| | ) |
| Plaintiff, | ) Case No.: 07 L 802 |
| | ) |
| v. | ) PLEASE SERVE: |
| | ) Werner Company |
| WERNER COMPANY and MENARD, INC. | ) c/o Registered Agent Illinois Service Corporation |
| | ) 801 Adlai Stevenson Drive |
| Defendants. | ) Springfield, IL 62703 |

## SUMMONS

To each defendant:

You are summoned and required to file an answer in this case, or otherwise file your appearance in the Office of the Clerk of this Court, 14 West Jefferson Street, Joliet, Illinois, Room 212, within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

WITNESS _____DEC 04 2007_____, 2007

PAMELA J. McGUIRE

_____
(Clerk of the Circuit Court)

By:_____
(Deputy)

THOMAS J. MANZELLA
BLOCK KLUKAS & MANZELLA, P.C.
Attorney for Plaintiff
19 West Jefferson Street
Joliet, Illinois 60432
(815) 726-9999

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| KENNETH C. FLETCHER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: |
| v. | ) 07 L 802 |
| | ) |
| WERNER CO. and MENARD, INC. | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW
## COUNT I

NOW COMES, the Plaintiff, KENNETH FLETCHER, by and through his attorneys, BLOCK KLUKAS, & MANZELLA, P.C., and complaining of the Defendant, WERNER CO., states as follows:

1. Defendant, WERNER CO., is a foreign corporation licensed to do business in the State of Illinois.

2. That on or about January 13, 2006, and for sometime prior thereto, WERNER CO., (hereinafter referred to as "WERNER") was a manufacturer of ladders, specifically, a ladder commonly referred to as the Keller Type II Ladder.

3. That on June 1, 2005, Plaintiff, KENNETH FLETCHER purchased a Keller Type II Ladder at the MENARDS Store located at 2450 West Jefferson Street, Joliet, Illinois.

4. That on or about January 13, 2006, Plaintiff, KENNETH FLETCHER, was using the Keller Type II ladder in the manner for which it was intended, in his garage, located at 2811 Von Esch Road, Joliet, Illinois.

5. At said time, and while Plaintiff was on the third step of the ladder, the side-arm brace buckled, causing Plaintiff to fall off of the ladder.

6. That, as a result of Plaintiff's fall on January 13, 2006, he sustained injuries to his person, including, but not limited to the right side of his buttock, tailbone, and right leg.

1

7.  That at all times relevant, Defendant, WERNER, had a duty to design, manufacture, distribute and sell the Keller Type II ladder so that it was neither defective, nor unreasonably dangerous when put to the use for which it was designed, manufactured, distributed and sold.

8.  That at said time and place, the Defendant, WERNER, was guilty of one or more of the following acts of negligence and/or carelessness, to wit:

   a. The Defendant, WERNER, failed to warn consumers, such as the Plaintiff, of the dangers and potential for injury presented by the use of Keller Type II ladder, when they knew or should have known of such dangers and potential for injury.

   b. Failed to include sufficient and adequate Instructions and warnings;

   c. Failed to adequately design and construct the Keller Type II ladder so as to accommodate its weight bearing use as advertised;

   d. Failed to properly design and manufacture the Keller Type II ladder so as not present an unreasonably high propensity to collapse upon use for which it was intended.

9.  That as a direct and proximate result, the Plaintiff, KENNETH FLETCHER, became sick, sore, lame and disordered, suffered pain and anguish and has become permanently disabled, incurred medical expenses, lost time from his usual occupation and duty and will continue such losses for the rest of his life.

ALL TO THE DAMAGE of Plaintiff, KENNETH FLETCHER, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

WHEREFORE the Plaintiff, KENNETH FLETCHER, prays for judgment in his favor and against the Defendant, WERNER COMPANY, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

### COUNT II

NOW COMES, the Plaintiff, KENNETH FLETCHER, by and through his attorneys, BLOCK KLUKAS & MANZELLA, P.C., and complaining of the Defendant, MENARD, INC. states as follows:

1.  That Defendant, MENARD, INC., is a foreign corporation, licensed to do business in the State of Illinois.

2. That on or about January 13, 2006, and for sometime prior thereto, MENARD, INC. (hereinafter referred to as "MENARDS") was a seller and distributor of ladders, specifically, the ladder commonly referred to as the WERNER manufactured Keller Type II Ladder.

3. That on June 1, 2005, Plaintiff, KENNETH FLETCHER purchased a Keller Type II Ladder at the MENARDS Store located at 2450 West Jefferson Street, Joliet, Illinois.

4. That on or about January 13, 2006, Plaintiff, KENNETH FLETCHER, was using the Keller Type II ladder in the manner for which it was intended, in his garage, located at 2811 Von Esch Road, Joliet, Illinois.

5. At said time, and while Plaintiff was on the third step of the ladder, the side-arm brace buckled, causing Plaintiff to fall off of the ladder.

6. That, as a result of Plaintiff's fall on January 13, 2006, he sustained injuries to his person, including, but not limited to the right side of his buttock, tailbone, and right leg.

7. That Defendant, MENARDS, had a duty to sell and distribute the Keller Type II ladder so that it was neither defective, nor unreasonably dangerous when put to the use for which it was designed, manufactured, distributed and sold.

8. That at said time and place, the Defendant, MENARDS, was guilty of one or more of the following acts of negligence and/or carelessness, to wit:

   a. The Defendant, MENARDS, failed to warn consumers, such as the Plaintiff, of the dangers and potential for injury presented by the use of Keller Type II ladder, when they knew or should have known of such dangers and potential for injury.

   b. Failed to include sufficient and adequate instructions and warnings;

   c. Failed to determine that the Keller Type II ladder would accommodate its weight bearing use for which is was advertised;

   d. Failed to ensure that the Keller Type II ladder had been properly designed and manufactured so as not to present an unreasonably high propensity to collapse upon use for which it was intended.

9. That as a direct and proximate result, the Plaintiff, KENNETH FLETCHER, became sick, sore, lame and disordered, suffered pain and anguish and has become

permanently disabled, incurred medical expenses, lost time from her usual occupation and duty and will continue such losses for the rest of her life.

  ALL TO THE DAMAGE of Plaintiff, KENNETH FLETCHER, in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

  WHEREFORE the Plaintiff, KENNETH FLETCHER, prays for judgment in her favor and against the Defendant, MENARD, INC., in a sum in excess of FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS, together with costs of suit.

         KENNETH FLETCHER, Plaintiff,

         BLOCK KLUKAS & MANZELLA, P.C.

        BY: _____
           THOMAS J. MANZELLA,

THOMAS J. MANZELLA/6274055
BLOCK KLUKAS & MANZELLA, P.C.
19 West Jefferson Street
Joliet, IL 60432
(815) 726-9999

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

KENNETH C. FLETCHER, SR.    )
                             )
                             )   07 L 802
        Plaintiff,           )   Case No.:
                             )
                             )
v.                           )
                             )
                             )
WERNER COMPANY and MENARD, INC.  )
                             )
                             )
        Defendants.          )

FILED 2007 DEC -4 AM 11:19 WILL COUNTY, ILLINOIS

AFFIDAVIT OF DAMAGES
PURSUANT TO RULE 222(b) OF THE
ILLINOIS SUPREME COURT RULES

THOMAS J. MANZELLA, one of the attorneys of record for the Plaintiff, KENNETH FLETCHER, in the above entitled cause; being first duly sworn upon oath, deposes and states that to the best of his knowledge, information and belief that the damages sought pursuant to the attached Complaint exceed FIFTY THOUSAND AND NO/100THS ($50,000.00) DOLLARS.

FURTHER AFFIANT SAYETH NOT.

_____
THOMAS J. MANZELLA

Sworn and Subscribed before me:

Date  12-4-07

_____
Notary Public/Circuit Court Clerk

"OFFICIAL SEAL"
SUSAN L. McGARRY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/2/2011

THOMAS J. MANZELLA/6274055
BLOCK, KLUKAS & MANZELLA, P.C.
19 West Jefferson Street
Joliet, Illinois 60432
(815) 726-9999