**08 C 330**

# EXHIBIT B

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| KENNETH C. FLETCHER, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 07 L 802 |
| vs. ) | |
| ) | |
| WERNER CO. and ) | |
| MENARD, INC. ) | |
| ) | |
| Defendants. ) | |

## REQUEST TO ADMIT FACTS

Defendant, Werner Co., by and through its attorneys, Tribler Orpett & Meyer, P.C., serves the following request to admit facts, and demands that plaintiff provide sworn answers to each request within 28 days pursuant to Supreme Court Rule 216:

1. The amount that plaintiff will seek to recover from defendants in this litigation exceeds $75,000, exclusive of interest and costs.

ANSWER:

2. Plaintiff was a citizen of the State of Illinois when the alleged incident occurred on January 13, 2006.

ANSWER:

3.  Plaintiff was a resident of the State of Illinois when the alleged incident occurred on January 13, 2006.

ANSWER:

4.  Plaintiff is currently a citizen of the State of Illinois.

ANSWER:

5.  Plaintiff currently resides in the State of Illinois.

ANSWER:

TRIBLER ORPETT & MEYER, P.C.

By:_____
One of the attorneys for defendant,
Werner Co.

Stephen S. Weiss
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| KENNETH C. FLETCHER, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 L 802 |
| vs. | ) | |
| | ) | |
| WERNER CO. and | ) | |
| MENARD, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Thomas Manzella, Block Klukas & Manzella, P.C., 19 West Jefferson Street, Joliet, IL 60432

Please take notice that on the 21st day of December, 2007, we have filed with the Clerk of the Circuit Court of Cook County, Twelfth Judicial Circuit, Will County, Illinois, **Defendant Werner Co.'s Request to Admit Facts**. A copy of which is attached hereto.

TRIBLER ORPETT & MEYER, P.C.

By: _____
One of the attorneys for defendant,
Werner Co.

Stephen S. Weiss
Tribler Orpett & Meyer, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400

## PROOF OF SERVICE

    I, Anquinette Mills, a non-attorney, certify that I served this notice and the attached pleading by mailing a copy to the aforementioned party by depositing same in the U.S. Mail at 225 West Washington Street, Chicago, Illinois 60606, at or about 5:00 p.m. on December 21, 2007, with proper postage prepaid.

[X}    Under penalties as provided by law pursuant to ILCS
        SEC 5/1-109 I certify that the statements set forth
        herein are true and correct.

_____
Signature