**08 C 330**

# EXHIBIT D

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| KENNETH C. FLETCHER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  07 L 802 |
| vs. | ) |
| | ) |
| WERNER CO. and | ) |
| MENARD, INC. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING NOTICE FOR REMOVAL

TO:  Clerk of the Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois
Joliet, IL ;

Thomas Manzella, Block Klukas & Manzella, P.C., 19 W. Jefferson Street, Joliet, IL 60432

PLEASE TAKE NOTICE that on January 15, 2008, defendants, Werner Co. and Menard, Inc., filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a Notice for Removal, a true and correct copy of which is attached hereto.

Pursuant to 28 U.S.C. § 1441, this action has been removed from this court to the United States District Court for the Northern District of Illinois, Eastern Division, and all further proceedings shall be before that court.

TRIBLER ORPETT & MEYER, P.C.

By:_____
Attorneys for defendant, Werner Co. and Menard, Inc.

Stephen S. Weiss  
TRIBLER ORPETT & MEYER, P.C.  
225 W. Washington, Suite 1300  
Chicago, IL 60606  
(312) 201-6400