CEM

**FILED**
**JANUARY 15, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 330**

| | |
|---|---|
| In the Matter of<br>KENNETH C. FLETCHER, SR.,<br>　　　　v.<br>WERNER CO. and MENARD, INC. | Case Number: |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANTS, WERNER CO. and MENARD, INC.

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

| |
|---|
| NAME (Type or print)<br>Stephen S. Weiss |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Stephen S. Weiss |
| FIRM<br>TRIBLER ORPETT & MEYER, P.C. |
| STREET ADDRESS<br>225 West Washington Street, Suite 1300 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6226350 | TELEPHONE NUMBER<br>312-201-6400 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |