**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth C. Fletcher Sr.
                    Plaintiff,

v.                                    Case No.: 1:08−cv−00330
                                    Honorable Virginia M. Kendall

Werner Co., et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: Status hearing held. Parties consent to proceed before Magistrate Judge Mason. Parties shall electronically file their Consent to Exercise of Jurisdiction by a United States Magistrate Judge forthwith. Court to prepare order of reasssignment. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.