IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

KENNETH C. FLETCHER, SR.,    )
    )
    Plaintiff,    )
    )    Case No. 08 C 330
    vs.    )
    )
WERNER CO. and MENARD, INC.    )
    )
    Defendants.    )

## JOINT MOTION TO DISMISS PURSUANT TO SETTLEMENT

Plaintiff and defendants, by and through their respective attorneys, jointly move this

Honorable Court to dismiss the captioned matter, with prejudice and without costs, pursuant to

settlement.  All matters in controversy have been fully resolved by agreement of the parties.  The

parties further request that the Court strike the status date of April 22, 2008.

Wherefore, the parties pray that the Court enter an order as set forth above.

BLOCK KLUKAS & MANZELLA, P.C.    TRIBLER ORPETT & MEYER, P.C.

By:  /s/ Thomas Manzella_____    By:  /s/ Stephen S. Weiss_____
Attorneys for plaintiff    Attorneys for defendants, Werner Co. and
Thomas Manzella    Menard, Inc.
BLOCK KLUKAS & MANZELLA, P.C.,    Stephen S. Weiss
19 W. Jefferson Street    TRIBLER ORPETT & MEYER, P.C.
Joliet, IL 60432    225 W. Washington, Suite 1300
(815)726-9999    Chicago, IL 60606
    (312) 201-6400

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen S. Weiss, an -attorney, certify that the Motion to Dismiss was filed and served via CM/ECF on all parties of record on this 17th day of April, 2008.


__/s/ Stephen S. Weiss_____

Signature