IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH C. FLETCHER, SR., ) <br> ) <br> Plaintiff, ) <br> ) Case No. 08 C 330 <br> vs. ) <br> ) <br> WERNER CO. and ) <br> MENARD, INC. ) <br> ) <br> Defendants. ) | |

**NOTICE OF MOTION**

On **Thursday, April 24, 2008,** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Michael T. Mason** presiding, in the courtroom **2214** usually occupied by him in the United States District Court for the Northern District of Illinois, and shall then and there present the attached **Joint Motion to Dismiss Pursuant to Settlement**.

By: /s/ Stephen S. Weiss
Attorneys for defendants, Werner Co. and Menard, Inc.

Stephen S. Weiss
TRIBLER ORPETT & MEYER, P.C.
225 W. Washington, Suite 1300
Chicago, IL 60606
(312) 201-6400

**CERTIFICATE OF SERVICE**

      I, Stephen S. Weiss, an attorney, certify that a copy of plaintiff and defendants' Joint Motion to Dismiss Pursuant to Settlement was filed and served via CM/ECF on all parties of record on this 17th day of April, 2008.

                                              /s/ Stephen S. Weiss