**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Kenneth C. Fletcher Sr.
                       Plaintiff,

v.                                        Case No.: 1:08–cv–00330
                                                  Honorable Michael T. Mason

Werner Co., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 18, 2008:

     MINUTE entry before Judge Honorable Michael T. Mason: Parties' joint motion to dismiss pursuant to settlement [11] is granted. This case is hereby dismissed with prejudice and without costs pursuant to settlement. All matters in controversy have been fully resolved by the agreement of the parties. Status hearing of 4/22/08 and noticed motion date of 4/24/08 are stricken. Civil case terminated. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.